```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 11267
    GREGORY L THOMAS
    DENEEN A THOMAS                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0623    SSN XXX-XX-2436
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/22/04 and confirmed on 06/28/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  33214.96 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CONSUMER FINANCE SERVICE | SECURED | 4350.00 | 373.98 | 4350.00 |
| WELLS FARGO FINANCIAL AC | SECURED | 8000.00 | 671.66 | 8000.00 |
| COLLECTION PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| FOOT CLINICS OF LAKE COU | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 396.18 | .00 | 320.91 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 284.48 | .00 | 230.43 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| MARTEL MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| MARTEL MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| CUB FOODS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 1312.19 | .00 | 1062.87 |
| NICOR GAS | UNSECURED | 325.91 | .00 | 263.99 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| RENT A CENTER | UNSECURED | NOT FILED | .00 | .00 |
| YELLOW BOOK OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| YELLOW BOOK OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER FINANCE SERVICE | UNSECURED | 2833.69 | .00 | 2295.29 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 12013.91 | .00 | 9731.27 |

```
NATIONAL CAPITAL MGMT LL UNSECURED         1568.13              .00      1270.19
NATIONAL CAPITAL MGMT LL UNSECURED          908.50              .00       735.89
      Summary of disbursements:
--------------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  12350.00       .00    19642.99          .00      31992.99
PRINCIPAL PAID      12350.00       .00    15910.84          .00      28260.84
INTEREST PAID        1045.64       .00        .00           .00       1045.64
TOTAL PAID          13395.64       .00    15910.84          .00      29306.48
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY         , was allowed $   2500.00
and was paid $   2500.00 .

The Trustee received $   1408.48 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/09/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 11267 GREGORY L THOMAS & DENEEN A THOMAS